**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 16-cv-80776-MIDDLEBROOKS/BRANNON**

RODOLFO PEREZ,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.
_____________________________________/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court on a Report and Recommendation issued by Magistrate Judge Dave Lee Brannon ("Report"). (DE 17). Neither Party has filed objections to the Report.

On May 17, 2016, Plaintiff filed this action seeking review of a final decision of the Commissioner of Social Security. (DE 1). The Report finds that Plaintiff has failed to prosecute this action despite multiple warnings by Magistrate Judge Brannon that failure to prosecute would result in dismissal pursuant to Fed. R. Civ. P. 41(b). The Report recommends that Plaintiff's claim be dismissed without prejudice for failure to prosecute.

Having conducted an independent *de novo* review of the record in this case, the Court agrees with the Report's recommendation. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that

(1) United States Magistrate Judge Brannon's Report (DE 17) is **RATIFIED, ADOPTED, AND APPROVED** in its entirety.

(2) This case is **DISMISSED without prejudice.**

(3) The Clerk of Court shall **CLOSE this case** and **DENY all pending motions as moot.**

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 14 day of November, 2016.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record;
Rodolfo Perez, via U.S. Mail
492 Glenwood Drive
West Palm Beach, Florida 33415